# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:23−mj−00131 |
| v. | ) | Assigned To : Harvey, G. Michael |
| KEVIN CLARDY   (DOB: XXXXXX ) | ) | Assign. Date : 6/20/2023 |
| THOMAS RIDDLE  (DOB:XXXXXX) | ) | Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*                    *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) -Parade, Demonstrate, or Picket in any of the Capitol Buildings.
18 U.S.C. § 1361 -Willfully Injuring or Depredating of any Property of the Unites States.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Robert Gebing, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___06/20/2023___

*Judge's signature*

City and state:   Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*