AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00131 |
| Kevin Clardy | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 6/20/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Kevin Clardy_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.
18 U.S.C. § 1361 - Willfully Injuring or Depredating of any Property of the Unites States.

Date: __06/20/2023__                            _G. Michael Harvey_ (Digitally signed by G. Michael Harvey, Date: 2023.06.20 11:50:11 -04'00')
                                                                *Issuing officer's signature*

City and state:   __Washington, D.C.__                  G. Michael Harvey, U.S. Magistrate Judge
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* __6/20/23__, and the person was arrested on *(date)* __6/21/23__
at *(city and state)* __Greenville, SC__.

Date: __6/21/23__                                       _[signature]_
                                                                *Arresting officer's signature*

                                                                __Robert Gebins — TFO__
                                                                *Printed name and title*