AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:23-mj-00131 |
| Kevin Clardy | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Clardy                                                                                                                                    .

Date:    07/07/2023                                                                    /s/ Elizabeth Franklin-Best
                                                                                                    *Attorney's signature*

                                                                                                    Elizabeth Franklin-Best
                                                                                                    *Printed name and bar number*

                                                                                                    Elizabeth Franklin-Best, P.C.
                                                                                                    3710 Landmark Drive, Suite 113
                                                                                                    Columbia, South Carolina 29204

                                                                                                    *Address*

                                                                                                    elizabeth@franklinbestlaw.com
                                                                                                    *E-mail address*

                                                                                                    (803) 445-1333
                                                                                                    *Telephone number*

                                                                                                    (803) 445-1333
                                                                                                    *FAX number*