UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C/A: 23-cr-294 |
| v. ) | |
| ) | |
| KEVIN CLARY, ) | |
| Defendant. ) | |
| _____) | |

## WAIVER OF IN-PERSON APPEARANCE FOR GUILTY PLEA AND CONSENT TO USE OF ZOOM TO CONDUCT GUILTY PLEA

Defendant's guilty plea is currently scheduled for September 18, 2023 at 1:00 before the Honorable Judge Royce C. Lambert, Senior District Judge. Both defendant and counsel reside in South Carolina. Defendant, Kevin Clardy, hereby waives his right to be physically present for his guilty plea and requests that he be allowed to conduct this proceeding via Zoom or some other available video format. Counsel is appointed by the District Court and submits that allowing Mr. Clardy to conduct his guilty plea in this manner will promote judicial efficiency and will reduce costs.

Counsel has conferred with Joseph Huynh of the US Attorney's Office and he consents to this request to be allowed to proceed via Zoom or other appropriate video technology.

I consent:

*Kevin Clardy*
**Kevin Clary**

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Dated this 5th day of September, 2023.