UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:23-cr-294 (RCL) |
| v. : | |
| : | |
| KEVIN CLARDY, : | |
| : | |
| Defendant. : | |

MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue sentencing in this case to a date as soon after February 19, 2023, as practicable for the Court and the parties. As explained below, good cause exists for the requested motion:

1. On June 20, 2023, the defendant was charged by criminal complaint for violating 18 U.S.C. §§ 1752(a)(1) and (2), 40 U.S.C. §§ 5104(e)(2)(D) and (G), and 18 U.S.C. § 1361 in connection with his participation in the January 6, 2021 attack on the U.S. Capitol.

2. On September 18, 2023, the defendant pleaded guilty to o a one-count Information, charging him with a violation of 18 U.S.C. § 1752(a)(2) (Disorderly Conduct in Restricted Area). The Court scheduled a sentencing hearing for December 19, 2023.[1] The Government has already filed its sentencing memorandum in this case. Defendant is not in custody.

---

[1] Of note, the defendant's codefendant Thomas Riddle (23-CR-279 (RCL)) is set to be sentenced on December 13, 2023 and the Government intends to go forward then.

1

3.	However, the undersigned counsel is unavailable on December 19, 2023. An unrelated, personal Court matter was rescheduled that necessitates me being away from the office for the full day.

4.	I have contacted defense counsel about this request by phone and email and have not received a response. Thus, I cannot currently inform the Court of the parties' availability.

WHEREFORE, the United States respectfully moves that sentencing be continued to a date as soon after February 19, 2023, as practicable.

December 11, 2023	Respectfully submitted,

	MATTHEW M. GRAVES
	UNITED STATES ATTORNEY
	D.C. Bar No. 481052

By:	s/ *Joseph Huynh*
	JOSEPH H. HUYNH
	D.C. Bar No. 495403
	Assistant United States Attorney (Detailed)
	405 East 8th Avenue, Suite 2400
	Eugene, Oregon 97401-270

**CERTIFICATE OF SERVICE**

I certify that, on December 11, 2023, an electronic copy of the foregoing was served on counsel for the defendant via the Court's ECF system.

s/ *Joseph Huynh*
JOSEPH H. HUYNH
