

*Accredited by ACHC*

*Covering All Your Healthcare Needs*

**GROVE MEDICAL, INC.**

1089 Park West Boulevard • Greenville, SC 29611 • (864) 269-0283

September 29, 2023

REF:    Kevin Clardy

I am writing to provide a character reference for Kevin Clardy, who I have known since he began working at Grove Medical in August of 2014.

In the time I have known Kevin, I have found him to be reliable, trustworthy, and honest individual. He has a strong work ethic and is always willing to go the extra mile to ensure that task is completed to the highest degree. He is a dedicated individual, who takes pride in his work and is always willing to take on new challenges. Kevin drives a 24-foot box truck for Grove delivering orders to our customers, nursing homes, assisted living centers, cancer societies, hospice, etc. Many of his delivery runs start before 6 am and our customers love him. After making deliveries he works in the warehouse processing orders.

Kevin is a responsible, dependable individual always meeting his commitments, team player and works well with others. He is an asset to our company; he does a great job for Grove Medical; his actions inspire and motivate our other employees.

Thank you,

Sincerely,

*Michael Laico*

Michael Laico
VP of Operations

www.GroveMedical.com
Fax 864-220-1745