Nov. 26, 2023

Your Honor,

RECEIVED
DEC 18 2023
CHAMBERS OF
JUDGE LAMBERTH

23 Cr. 294
Let this be filed.
Royce C. Lamberth
U.S.D.J. 12/19/23

May you please be aware of the high esteem I have for Kevin Clardy. Kevin is my ex-son-in-law whom I love as dearly as my own son. He is father of my twin grandchildren who are now eighteen, and Wesley has lived with Kevin the last years.

Kevin paid his child support generously and gave extra for many things: i.e., an expensive violin for Ada, welding mask for Wesley, school clothes each fall — though my daughter makes several times more income, has her own home, and had a husband to help.

Kevin has always shown consideration, care, generosity and compassion to me as well as to his many upstanding friends

and family. He is a hard-working young man, having never missed a day of work.

Kevin did not have the advantages of a father figure nor of a formal education, but he has a brilliant mind and educates himself constantly. Kevin also composes and plays beautiful guitar music.

Kevin is very mindful of his mistakes and sincerely regrets them. He was gloriously saved several months ago, and has dedicated his life to God's service.

I beg of you, Your Honor, to please show leniency to Kevin, as he rightly deserves leniency. Thank you.

Sincerely,

Martha Jane Hood
115 New Woodruff Rd.
Greer, SC 29651-4135
864/884-9754